1118

No. 97–1294. CHIARAMONTE v. FASHION BED GROUP, INC. C. A. 7th Cir. Certiorari denied.

No. 97–1310. CUTCLIFFE ET AL. v. JENNE, SHERIFF, BROWARD COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 97–1317. WEST BEND CO. v. SUNBEAM PRODUCTS, INC. C. A. 5th Cir. Certiorari denied.

No. 97–1368. AVANT! CORP. ET AL. v. CADENCE DESIGN SYSTEMS, INC. C. A. 9th Cir. Certiorari denied.

No. 97–1376. CITY OF FLORENCE ET AL. v. CHIPMAN, ADMINISTRATOR OF THE ESTATE OF BLACK, DECEASED, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1378. SOUTH DAKOTA ET AL. v. SDDS, INC. Sup. Ct. S. D. Certiorari denied.

No. 97–1422. COUNTY OF THURSTON ET AL. v. STABLER ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1455. BRADFORD v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–1456. BOK v. MUTUAL ASSURANCE, INC. C. A. 11th Cir. Certiorari denied.

No. 97–1458. EASTERN NATURAL GAS CORP. ET AL. v. ALUMINUM COMPANY OF AMERICA. C. A. 7th Cir. Certiorari denied.

No. 97–1459. LORILLARD, INC. v. HOROWITZ ET UX. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–1468. CAMERON ET AL. v. ANHEUSER-BUSCH, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–1470. CITY OF COLUMBUS v. JONES ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1478. KOROTKI v. ATTORNEY SERVICES CORP. ET AL. C. A. 4th Cir. Certiorari denied.